

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2018

No. 04-17-00493-CV

Bruce Lee **BECKER**,
Appellant

v.

Pedro **BECKER** and Manuela Becker,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2016-CV-04644
Honorable Jason Wolff, Judge Presiding

# O R D E R

Appellees' motion for extension of time to file their brief is GRANTED. Appellees' brief is due on March 9, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court